**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| **VENUS CAMPBELL,** : | |
| **Plaintiff** : | |
| : | |
| **v.** : | **CIVIL ACTION** |
| : | **NO. 09-4989** |
| **SUNRISE SENIOR LIVING** : | |
| **MANAGEMENT, INC.,** : | |
| **Defendant** : | |

_____:

**O R D E R**

      **AND NOW,** this 24th day of November, 2009, upon review of the Defendant's

Motion to Dismiss [Doc. No. 5], Plaintiff's Response [Doc. No. 6], and Defendant's Reply [Doc.

No. 7], and for the reasons stated in the attached Memorandum Opinion, it is hereby **ORDERED**

that the Motion to Dismiss is **DENIED.**

      It is so **ORDERED**.

                   **BY THE COURT:**

                   **/s/ Cynthia M. Rufe**

                   _____
                   **CYNTHIA M. RUFE, J.**